## Lombardo Companies, Inc. *v.* Thomas (et al., Appellant).

Argued November 11, 1974. *George A. Kotjarapoglus,* with him *George W. Lamproplos, Cassidy & Lamproplos,* for appellant; *Mark L. Unatin,* with him *Goldman & Unatin,* for appellee.

Judgment and order affirmed.


## Mathis *v.* Mathis, Appellant.

Argued November 13, 1974. *Michael A. Donadee,* for appellant; *Charles G. Knox,* with him *Buchanan, Ingersoll, Rodewald, Kyle & Buerger,* for appellee.

Order affirmed.


## Parikh *v.* Parikh, Appellant.

Argued November 11, 1974. *Charles R. Taylor, Jr.,* with him *Moorhead & Knox,* for appellant; *Ronald J. Bua,* with him *DeCello, Bua & Manifesto,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.